LF 245D (3/2012) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Connecticut

UNITED STATES OF AMERICA     **JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

v.

Richie Cornelious Jones Jr

Case Number:    0205 3:09CR00033-002
USM Number:    20067-014

Richard Reeves
Defendant's Attorney

FILED
2012 SEP 27 PM 12:48
U.S. DISTRICT COURT
NEW HAVEN, CT

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)   3 mandatory conditions   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant was arrested/convicted of Distribution of Marijuana. | 05/22/2012 |
| 1 | The defendant received fine for Possession of Marijuana on 12/20/2011. | 12/20/2011 |
| 1 | The defendant tested positive for THC (marijuana) 5/1/2012. | 05/01/2012 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 2825

Defendant's Date of Birth: 1988

Defendant's Residence Address:
89 Coleman St
#222
West Haven, CT 06516

June 24, 2011
Date of Imposition of Judgment

/s/ Ellen Bree Burns USDJ
Signature of Judge

Honorable Ellen Bree Burns
Senior U.S. District Judge
Name and Title of Judge

9/27/41
Date

AO 245D  (Rev. 4/2011) Judgment in a Criminal Case for Revocations
Sheet 2 -- Imprisonment

Judgment --Page 2 of 2

DEFENDANT: Richie Cornelious Jones Jr
CASE NUMBER: 0205 3:09CR00033-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

12 months incarceration with No supervision to follow on this matter.

(Offender has concurrent matter under docket number 3:12CR00097(EBB) for which he received 12 months incarceration to run consecutive to dkt no. 3:09CR00033(PCD) with a 36 months term of supervised release to follow).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

DEPUTY UNITED STATES MARSHAL